**FILED**

FEB 0 8 2005

~~signature~~
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-50131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN WATERS, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing, it is hereby

ORDERED that Defendant's First Motion in Limine [doc. #19] is GRANTED.

Dated this 8th day of February, 2005.

BY THE COURT:

_____
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE