AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

**FILED**

FEB 1 1 2005

CLERK

UNITED STATES OF AMERICA
Plaintiff,

V.

JOHN WATERS,

Defendant.

**JUDGMENT OF ACQUITTAL**

Case No.  5:04-CR-50131-01

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

ANDREW W. BOGUE, SENIOR DISTRICT JUDGE
Name and Title of Judge

February 10, 2005
Date