UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

FEB 1 0 2005

CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-50131 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **VERDICT** |
| | ) | |
| JOHN WATERS, | ) | |
| | ) | |
| Defendant. | ) | |

Please return your verdict by placing an "X" or a "√" in the space provided.

**INVOLUNTARY MANSLAUGHTER**
18 U.S.C. §§ 1112 and 1153

We, the jury in the above entitled and numbered case, as to the crime of involuntary manslaughter, as charged in Count I of the indictment, find John Waters:

_X_ NOT GUILTY          ____ GUILTY

**INVOLUNTARY MANSLAUGHTER**
18 U.S.C. §§ 1112 and 1153

We, the jury in the above entitled and numbered case, as to the crime of involuntary manslaughter, as charged in Count II of the indictment, find John Waters:

_X_ NOT GUILTY          ____ GUILTY

## INVOLUNTARY MANSLAUGHTER
## 18 U.S.C. §§ 1112 and 1153

We, the jury in the above entitled and numbered case, as to the crime of involuntary manslaughter, as charged in Count III of the indictment, find John Waters:

__X__ NOT GUILTY   ____ GUILTY

2/10/05
DATE

███████████
FOREPERSON